# EXHIBIT 3

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

OKLAHOMA INSURANCE DEPARTMENT
RECEIVED
JUL 11 2024
LEGAL DIVISION

| | |
|---|---|
| DALTON KETCHUM, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2024-4043 |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, , | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

**To the above-named Defendant:**   SAFECO INSURANCE COMPANY OF AMERICA
c/o OKLAHOMA INSURANCE DEPARTMENT
400 N.E. 50TH STREET
OKLAHOMA CITY, OK 73105

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 24th day of JUNE, 2024.

RICK WARREN, Court Clerk

(SEAL)

BY: _____
Deputy Court Clerk

Attorney for Plaintiff:
Virginia Cathcart Holleman, OBA #15422
CATHCART & DOOLEY
2807 North Classen Boulevard
Oklahoma City, Oklahoma 73106
(405) 524-1110

This summons was served on _____.
(date of service)

_____
Signature

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE LIMIT STATED IN THE SUMMONS.**